UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN BLUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV2338 CDP |
| | ) |
| EXPRESS SCRIPTS, INC., | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

For the reasons stated on the record during today's hearing,

**IT IS HEREBY ORDERED** that defendant's motion to compel [#25] is granted **only as follows**:

1) Within ten (10) days of the date of this Order, plaintiff shall provide to defendant complete responses without objection, in writing and under oath, to Interrogatory Numbers 1, 3, 4, 5 and 17;

2) Within ten (10) days of the date of this Order, plaintiff shall provide the information requested in Document Request for Production Number 3 and shall execute and return the employment records release(s) requested in Document Request for Production Number 11; and

3) Within ten (10) days of the date of this Order, plaintiff shall provide to defendant complete amended responses, in writing and without objection, to Document Request for Production Numbers 2, 4, 18 and 19 indicating that all responsive documents have been provided.

**IT IS FURTHER ORDERED** that defendant's motion to compel [#25] is denied in all other respects.

**IT IS FURTHER ORDERED** that plaintiff's motion to redact exhibits [#30] is granted, and the Clerk of the Court shall remove the exhibits to Document 29 from the Court file and place them under seal.

**IT IS FURTHER ORDERED** that plaintiff's motion to show cause or, in the alternative, motion to quash defendant's subpoenas [#31] is denied.

                                                    _____
                                                  CATHERINE D. PERRY
                                                  UNITED STATES DISTRICT JUDGE

Dated this 1st day of August, 2006.