UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN BLUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 4:05CV2338 CDP |
| | ) |
| EXPRESS SCRIPTS, INC., | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

After careful consideration,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [#40] is granted **only as follows**:

1) Within ten (10) days of the date of this Order, defendant shall provide to plaintiff the name, race and title of current and former employees whose personnel files reflect that they were counseled, disciplined, reprimanded or terminated for dropping calls within the last three (3) years in response to Interrogatory 9; and

2) Within ten (10) days of the date of this Order, defendant shall provide to plaintiff any employee handbooks, benefit books or policy and procedure manuals that were provided to employees within the last three (3) years in response to Request for Production Numbers 4 and 8.

**IT IS FURTHER ORDERED** that plaintiff's motion to compel [#40] is denied in all other respects.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of September, 2006.